# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION

| | |
|---|---|
| TIMOTHY WAYNE BROWN and JOANN BROWN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **JUDGMENT IN A CIVIL CASE** |
| ) | **CASE NO. 4:12-CV-290-D** |
| JEFF P. FRAZIER, as Halifax County Sheriff and ) | |
| HALIFAX COUNTY, ) | |
| ) | |
| Defendants. ) | |

**Decision by the Court:**

    IT IS ORDERED AND ADJUDGED that the Court GRANTS Defendants' Motion to Dismiss [D.E. 10] and DISMISSES these claims. The Court also DISMISSES Halifax County as a Defendant. The court declines to exercise supplemental jurisdiction over the Plaintiffs' remaining state-law claims against Defendant Frazier and DISMISSES these claims without prejudice. The Court DENIES as futile the Plaintiffs' Motion to Amend the Complaint [D.E. 16].

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>OCTOBER 22, 2013</u> WITH A COPY TO:

Alvin L. Pittman (via CM/ECF electronic notification)
Scott C. Hart (via CM/ECF electronic notification)


<u>October 22, 2013</u>                                 JULIE A. RICHARDS, Clerk
Date                                                 Eastern District of North Carolina

                                                                      <u>/s/ Debby Sawyer</u>
                                                                      (By) Deputy Clerk

Raleigh, North Carolina